# EXHIBIT 7

**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

In the Matter of the Arbitration between:

**Case Number: 01-21-0003-8487**

**Kim Albeck**
**-vs-**
**PHH Mortgage Corporation, fka Ocwen Loan**
**Servicing, LLC, a wholly owned subsidiary of Ocwen**
**Financial**

### ORDER ON RESPONDENT'S APPLICATION FOR MODIFICATION OF INTERIM AWARD

    I THE UNDERSIGNED ARBITRATOR having been designated in accordance with the arbitration agreement entered into between the above-named parties and dated April 13, 2004 and having been duly sworn, and having duly heard the proofs and allegations of the Parties, and having previously rendered an Interim Award dated May 20, 2022:

    RESPONDENT having filed an application for MODIFICATION dated May 31, 2022, and CLAIMANT having responded by letter dated June 4, 2022, and RESPONDENT, having filed a Reply on June 6, 2022;

    Upon review of the above-stated filings, hereby, DENY, the application.

In all other respects the Interim Award dated May 20, 2022, is reaffirmed and remains in full force and effect.

Dated: June 7, 2022

Hon. Susan Zwick (Ret.),
ARBITRATOR